UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Crim. No. 22-576 |
| LAMAR MCCOLLOUGH | : | <u>SUBSTITUTION OF ATTORNEY</u> |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has assigned the above-captioned matter to Jessica R. Ecker, Assistant U.S. Attorney (jessica.ecker@usdoj.gov), in substitution for Alexandra Tsakopoulos, Assistant U.S. Attorney, who previously appeared in this matter.

        PHILIP R. SELLINGER
        United States Attorney

        <u>     /s/Jessica R. Ecker     </u>
        By: Jessica R. Ecker
        Assistant U.S. Attorney

Dated: January 17, 2023